|          |                                                    |  |
|----------|----------------------------------------------------|---|
| **To:**      | The Honorable Select Judge                         |   |
|          | U.S. District Court Judge                          |   |
| **From:**    | Name                                               |   |
|          | Title                                              |   |
| **Subject:** | **First Name Middle Name Last Name Generation**        |   |
|          | Case Number: Docket- Defendant 3 Digits            | **NORTH CAROLINA WESTERN** |
|          | **REQUEST TO DESTROY SEIZED PROPERTY**                 | **MEMORANDUM** |
| **Date:**    | 2/24/2020                                          |   |

Thank you for your time and attention to this matter. Please do not hesitate to contact me at Phone, should you have any questions.

THE COURT ORDERS:

☐ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant



Signature Line

Title of Signing Officer
United States District Court